**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



AMENDED ORDER

Appellate case name:     Ex parte Anthony Martin

Appellate case number:   01-17-00025-CR

Trial court case number: 389613A

Trial court:             174th District Court of Harris County

This is an appeal from the denial of Anthony Martin's application for writ of habeas corpus. The State filed a motion to abate the appeal and to remand to the trial court for preparation of findings of fact and conclusions of law supporting the denial of relief. Martin filed a response opposing the motion, noting that the trial judge who presided over this case and heard the evidence is no longer on the bench.

By order dated May 9, 2017, we asked the State to file a reply to Martin's response on or before Monday, May 15, 2017. We withdraw that order and issue this amended order in its place.

Today, the Texas Supreme Court issued *Ad Villaral, LLC v. Pak*, No. 16-0373, slip op. at pp. 13-14 (Tex. May 12, 2017), *available at* http://www.txcourts.gov/supreme/orders-opinions/2017/may/may-12-2017.aspx. Because this opinion addresses whether a former trial judge may prepare findings of fact and conclusions of law after he or she leaves the bench, we ask the State to address this case in its reply to Martin's response to the motion to abate. The State's reply shall be due on Friday, May 19, 2017.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually    ☐ Acting for the Court


Date: May 12, 2017